IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02539-PSF-BNB

EUGENE FODOR, a Colorado resident,

Plaintiff,

v.

VERNON HARTMAN, a Pennsylvania resident, and
IMPRESARIO PRODUCTIONS, LLC., a Pennsylvania limited liability company,

Defendants.
_____

**ORDER**
_____

The parties appeared today for a scheduling conference.  The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that a supplemental scheduling conference is set for **March 3, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall submit a revised proposed scheduling order on or before **March 1, 2006**.

Dated February 22, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge