IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02539-PSF-BNB

EUGENE FODOR, a Colorado resident,

        Plaintiff,

v.

VERNON HARTMAN, a Pennsylvania resident; and
IMPRESARIO PRODUCTIONS, LLC, a Pennsylvania limited liability company,

        Defendants.

---

## ORDER ON PENDING MOTIONS

---

        This matter comes before the Court on Defendants' Motion to Dismiss, or in the

Alternative to Transfer Venue (Dkt. # 18), filed February 17, 2006, and Defendant's

Motion to Stay Proceedings (Dkt. # 19) pending a ruling on the motion to dismiss or

transfer, also filed February 17, 2006.

        On February 20, 2006, defendants submitted a filing captioned Motion for Leave

to File Amended Motion to Dismiss (Dkt. # 21), which states that it seeks to correct

specified typographical errors in the Motion to Dismiss.  On the same date, however,

prior to the granting of its Motion for Leave to File, defendants filed an Amended Motion

to Dismiss, or in the Alternative, to Transfer Venue (Dkt. #22) reflecting the revisions.

        Defendants' Motion for Leave to File Amended Motion (Dkt. # 21) is GRANTED,

and the Amended Motion to Dismiss, or in the Alternative to, Transfer Venue (Dkt. # 22)

is accepted.  Plaintiff may respond to that motion and the motion to stay pursuant to the times set forth in the Local Rules of this Court.

Defendants' original Motion to Dismiss, or in the Alternative to Transfer Venue (Dkt. # 18) is DENIED as moot.

DATED:  February 21, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge